## DUNN v. THE STATE.

116 515
Case 1
116 835
116 515
Case 1
119 173

1. An amendment to a motion for new trial which has upon it an entry to the effect that it was " allowed " by the judge, with nothing else to indicate an approval of its grounds, is not sufficiently verified to authorize this court to deal with the assignments of error therein. *Long* v. *Scanlan*, 105 *Ga.* 424 ; *Merritt* v. *Merritt*, 113 *Ga.* 569 ; *Taylor* v. *Brown*, 114 *Ga.* 299.

2. Where the main theory of the defense of the accused, based upon the evidence and upon his statement, was that he shot and killed the deceased in self-defense as the deceased was approaching him with a deadly weapon, and the court charged fully as to this theory, and in his statement the accused further stated that the shooting was an accident, there was no error in failing to charge on the theory of accident. *Robinson* v. *State*, 114 *Ga.* 56 (4).

3. The charges complained of were not erroneous for any of the reasons assigned, and the evidence authorized the verdict.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent, and Candler, J., not presiding.*

Argued October 20, — Decided November 12, 1902.

Indictment for murder.   Before Judge Brinson.   Richmond superior court.   June 27, 1902.

*B. B. McCowen* and *A. L. Franklin,* for plaintiff in error.

*Boykin Wright, attorney-general,* and *J. S. Reynolds, solicitor-general,* contra.

---

## PAULK v. THE STATE.

LITTLE, J.   1. It does not appear that the trial judge committed any error for the causes assigned in the special grounds of the motion for a new trial.

2. The finding by the jury that the accused was guilty of the offense of voluntary manslaughter was fully authorized by the evidence. Therefore the trial judge committed no error in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent, and Candler, J., not presiding.*

Argued October 20, — Decided November 12, 1902.

Conviction of voluntary manslaughter.   Before Judge Bennet.   Coffee superior court.   June 25, 1902.

*E. D. Graham, L. A. Wilson, R. A. Hendricks,* and *C. A. Ward,* for plaintiff in error.   *John W. Bennett, solicitor-general,* and *Quincey & McDonald,* contra.